# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | |
|---|---|
| **JERRY LYNN MERSHIMER,** ) <br> **LORI LORAINE MERSHIMER, d/b/a** ) <br> **SPIRIT GUN SHOP,** ) <br> ) <br>    **Plaintiffs** ) <br> ) <br> **v** ) <br> ) <br> **CARLTON BOWERS, DIRECTOR OF** ) <br> **INDUSTRY OPERATIONS, BUREAU OF** ) <br> **ALCOHOL, TOBACCO, FIREARMS** ) <br> **AND EXPLOSIVES,** ) <br> ) <br>    **Defendant.** ) | **CIVIL NO. 2:07 CV 025** |

# ORDER

**THIS MATTER** is before the court upon the plaintiffs' motion for admission *pro hac vice* (#08) of Richard E. Gardiner, 10560 Main Street, Suite 404, Fairfax, VA 22030 (703) 352-7276, as counsel for the plaintiffs in this matter filed on February 14, 2008.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiffs' motion is **ALLOWED**, and that Richard E. Gardiner is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: February 19, 2008

Dennis L. Howell
United States Magistrate Judge