**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**

**CIVIL NO.  2:07CV25**

| | | |
|---|---|---|
| **JERRY LYNN MERSHIMER,** | ) | |
| **LORI LORAINE MERSHIMER, d/b/a** | ) | |
| **SPIRIT GUN SHOP,** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| **Vs.** | ) | **J U D G M E N T** |
| | ) | |
| **CARLTON BOWERS, Director of** | ) | |
| **Industry Operations, Charlotte Field** | ) | |
| **Division, Bureau of Alcohol,** | ) | |
| **Tobacco, Firearms & Explosives,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Respondent's motion for summary judgment is **ALLOWED**, the decision of the Respondent revoking the Petitioners' federal firearms dealer's license is **AFFIRMED**, and the petition for judicial review is hereby **DISMISSED WITH PREJUDICE**.

2

Signed: August 6, 2008

Lacy H. Thornburg
United States District Judge